IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:16-cv-514 (APM) |
| DEPARTMENT OF JUSTICE, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

Plaintiffs and Defendants hereby submit for the Court's consideration a Joint Status Report pursuant to the Court's Order of June 21, 2016, ECF No. 10, regarding Plaintiffs' lawsuit, brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## PLAINTIFFS' FOIA REQUESTS

This action relates to five unique FOIA requests Plaintiffs submitted from February 16, 2016, to April 22, 2016.[1] These FOIA requests all concern former Central Intelligence Agency ("CIA") Director General David H. Petraeus. Plaintiffs request information from the Federal Bureau of Investigation ("FBI"), the Executive Office for U.S. Attorneys ("EOUSA"), the Office of the Secretary of Defense, the United States Army, and the CIA. Broadly speaking, these FOIA requests seek records memorializing the entirety of these federal entities' investigations into the actions of General Petraeus that led to his guilty plea, "damage" or "harm" assessments

---

[1] Plaintiffs indicate that they submitted six total requests, but two of these requests were substantively identical.

made regarding the impact of his actions, and documents memorializing discussions regarding the viability of legal or administrative action against General Petraeus because of his actions.

Plaintiffs have indicated that these federal entities' searches should include records generated between January 1, 2011, and February 1, 2016, and should not be limited to records originated by the federal entity itself.  Plaintiffs and Defendants have not reached any agreement narrowing these requests.

## ANTICIPATED PROCESSING SCHEDULE

**I.      Requests Submitted to the FBI**

The FBI has determined that it possesses over 8,500 pages of materials potentially responsive to Plaintiffs' requests.[2]  It has also identified a number of additional files and compact discs that may contain more potentially responsive material.  And, as noted below, a number of other federal entities are referring documents to the FBI for its review.  The FBI anticipates that it can review roughly 500 pages of potentially responsive materials a month, and will release any responsive, non-exempt records as this review is completed.  The FBI estimates that it can finish reviewing its first 500 pages by July 15, 2016.  The FBI currently estimates that it can entirely complete its processing of Plaintiffs' FOIA requests and release any responsive, non-exempt records by January 15, 2018, although this could change if the FBI identifies a significant number of additional responsive documents.

Plaintiffs contend that this estimated completion date is unreasonable, and request that the FBI be required to complete its processing of Plaintiffs' FOIA requests and release any responsive, non-exempt records by December 31, 2016.

---

[2]  The FBI originally informed Plaintiffs that they had identified a smaller number of potentially responsive documents, but further searches have uncovered additional materials.

## II. Requests Submitted to the EOUSA

The EOUSA has identified two sources likely to contain information responsive to Plaintiffs' FOIA requests: the U.S. Attorney's Office for the Western District of North Carolina, and the U.S. Attorney's Office for the Eastern District of Virginia. The EOUSA has completed its search of the U.S. Attorney's Office for the Western District of North Carolina, identifying 680 pages of material potentially responsive to Plaintiffs' FOIA request. The EOUSA anticipates withholding 618 of these pages in full under FOIA exemptions. The EOUSA is referring the remaining 72 pages to the FBI for its review, which will be completed as described above.

Because General Petraeus was not prosecuted in the Eastern District of Virginia, the EOUSA only recently identified the U.S. Attorney's Office for the Eastern District of Virginia as an additional potential source of responsive materials. As such, its search of these records is in its early stages, making it difficult to accurately estimate how many responsive documents the search may locate or how long it will take to process such documents. That said, based on the limited information it does possess, and barring any unforeseen complications, the EOUSA estimates that it can complete its processing of any materials identified by this search and release any responsive, non-exempt records by October 28, 2016.

Plaintiffs request the EOUSA instead be required to complete its processing of these materials and release any responsive, non-exempt records by September 23, 2016.

## III. Requests Submitted to the Office of the Secretary of Defense

The Office of the Secretary of Defense is still completing its search for materials responsive to Plaintiffs' FOIA requests, but expects the quantity of responsive materials to be modest—likely fewer than 50 pages. As such, the Office of the Secretary of Defense estimates

that it can complete its processing of Plaintiffs' FOIA requests and release any responsive, non-exempt records by August 31, 2016.

## IV. Requests Submitted to the U.S. Army

The Army's search for records responsive to Plaintiffs' FOIA requests has two components: a search of relevant files by knowledgeable individuals and an electronic search for responsive e-mails using search terms. The file search has been completed, and the Army has identified 96 pages of potentially responsive records it is currently reviewing. The Army estimates that it can finish reviewing these pages and release any responsive, non-exempt records by July 15, 2016. This search also identified other records that are being referred to the FBI for its review, which will be completed as described above.

The DoD technology and staff used to conduct the Army's e-mail search are not within the Army's direct control and have many other priorities. As such, the Army has difficulty estimating both when this search will be completed and the quantity of responsive material, if any, it may uncover. Based on the information the Army currently possess, however, it estimates that this search can be completed and any responsive, non-exempt records released by October 7, 2016.

Plaintiffs request the Army instead be required to complete its processing of these materials and release any responsive, non-exempt records by September 23, 2016.

## V. Requests Submitted to the CIA

The CIA estimates that it possesses roughly 1,000 pages of material potentially responsive to Plaintiffs' FOIA requests. The CIA estimates that it can complete its processing of these documents and release any responsive, non-exempt records by September 16, 2016.

**FURTHER PROCEEDINGS**

Defendants do not presently expect to file a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

The Parties have agreed to undertake their best efforts to resolve any issues regarding the withholding of records by Defendants. If the Parties are able to resolve any and all issues regarding withholdings relating to a specific request, the Parties will jointly inform the Court that dismissal of all claims related to that request is appropriate.

Given the need for time for Defendants to complete processing Plaintiffs' requests and for the Parties to attempt to resolve any issues regarding withholding before any dispositive briefing, the Parties agree that a summary judgment briefing schedule for the entire case cannot be set at this time.

Because the EOUSA has completed its review of records from the U.S. Attorney's Office for the Western District of North Carolina and anticipates withholding in full those records it has not referred to the FBI, however, Plaintiffs request that the Court set a summary judgment briefing schedule regarding this search and this withholding now, so as to resolve these matters as quickly as possible. Defendants oppose setting a briefing schedule now, concluding that briefing each aspect of this case separately would be an inefficient use of the Parties' and the Court's time. Defendants would not oppose the filing of partial summary judgment motions once multiple federal entities have finished processing Plaintiffs' FOIA requests, but contend that setting such a briefing schedule now would be premature. If the Court does order briefing at this time, the Parties request a brief additional period to meet and confer regarding a briefing schedule.

In addition, Plaintiffs request that the Court schedule a status conference on or about September 23, 2016, to allow the Parties to update the Court on the processing of Plaintiffs' FOIA requests and Plaintiffs' anticipated challenges to that processing, discuss any disputes, and set remaining briefing schedules.  Defendants do not oppose providing a status update to the Court on or around this date, but request that the Parties instead file a joint status report at this time, and that the Court only schedule a joint status conference if necessary based on that report.

Dated: July 1, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Bradley P. Moss* | BENJAMIN C. MIZER |
| Bradley P. Moss, Esq. | Principal Deputy Assistant Attorney General |
| D.C. Bar #975905 | |
| Mark S. Zaid, Esq. | CHANNING D. PHILLIPS |
| D.C. Bar #440532 | United States Attorney |
| Mark S. Zaid, P.C. | |
| 1250 Connecticut Avenue, N.W., Ste. 200 | ELIZABETH J. SHAPIRO |
| Washington, D.C. 20036 | Deputy Branch Director |
| (202) 454-2809 | |
| (202) 330-5610 fax | */s/ Timothy A. Johnson* |
| Brad@MarkZaid.com | TIMOTHY A. JOHNSON |
| Mark@MarkZaid.com | D.C. Bar No. 986295 |
| | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 514-1359 |
| | Fax:  (202) 616-8470 |
| | |
| | *Counsel for Defendants* |