IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 1:16-cv-514 (APM) |

**JOINT STATUS REPORT**

Plaintiffs and Defendants hereby submit for the Court's consideration a Joint Status Report pursuant to the Court's Minute Order of July 12, 2016, regarding Plaintiffs' lawsuit, brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

**I.     Updates Regarding the Processing of Documents**

In the Status Report filed July 1, 2016, the Federal Bureau of Investigation ("FBI") stated it had then identified approximately 8,500 pages of material potentially responsive to Plaintiffs' FOIA request, but that it had also located a number of additional files that could contain further responsive information.  The FBI has now determined that the materials in these files are potentially responsive to Plaintiffs' FOIA request for records memorializing the entirety of its investigation regarding former Central Intelligence Agency ("CIA") Director General David H. Petraeus.  With this new material added, the FBI estimates it has approximately 41,872 pages potentially responsive to Plaintiffs' FOIA request.  The FBI completed its review of the first 504 pages on July 15, 2016, producing 211 partially redacted pages.  Of the remaining pages

reviewed, some were duplicative, some were withheld in full pursuant to a FOIA exemption, and some were referred to other government entities for further review. The FBI anticipates completing its review of another approximately 500 pages by August 15, 2016.

The United States Army indicated in the July 1 Status Report that its file search (as distinct from its e-mail search) had been completed and that responsive, non-exempt records would be released July 15, 2016. Since the Status Report was filed, the Army has located approximately 1,100 pages of additional potentially responsive information in its files, pages that are currently being reviewed. Thus, although the Army made a small release of documents on July 22, 2016, it now does not anticipate completing its review of the results of its file search until August 19, 2016.

## II.    Plaintiffs' FOIA Requests to the FBI

The Court requested that the Parties meet and confer regarding Plaintiffs' FOIA request to the FBI to determine whether that request might be narrowed in such a way as to facilitate the prompt completion of the FBI's response while still providing Plaintiffs with most of the information they seek.

The Parties discussed a number of potential ways to narrow Plaintiffs' FOIA request, but were unable to agree to a workable way to narrow Plaintiffs' request that Plaintiffs believed would still provide them with the information they seek. The Parties will continue to consider the issue and will inform the Court if they later reach agreement on the matter.

In the meantime, the FBI intends to continue processing potentially responsive documents at a rate of 500 pages a month, acknowledging that given the now-increased number of potentially responsive documents, this review process will take a number of years. Plaintiffs contend that such a rate is unreasonably slow, and that the Court should require the FBI to

complete its review of these records and release any responsive, non-exempt pages by December 31, 2016.  If the Court would find additional briefing on this matter helpful, the Parties will provide it.

### III.     Proposed Schedule for Briefing Partial Summary Judgment

The Parties propose the following schedule for partial summary judgment briefing relating to Plaintiffs' FOIA requests to the CIA, Office of the Secretary of Defense, Army, and Executive Office for United States Attorneys.

| | |
|---|---|
| Defendants' Motion for Summary Judgment | December 16, 2016 |
| Plaintiffs' Opposition/Cross-Motion | January 20, 2017 |
| Defendants' Rely/Opposition to Cross-Motion | February 17, 2017 |
| Plaintiffs' Rely Concerning Cross-Motion | March 3, 2017 |

Dated: July 25, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Bradley P. Moss* | BENJAMIN C. MIZER |
| Bradley P. Moss, Esq. | Principal Deputy Assistant Attorney General |
| D.C. Bar #975905 | |
| Mark S. Zaid, Esq. | CHANNING D. PHILLIPS |
| D.C. Bar #440532 | United States Attorney |
| Mark S. Zaid, P.C. | |
| 1250 Connecticut Avenue, N.W., Ste. 200 | ELIZABETH J. SHAPIRO |
| Washington, D.C. 20036 | Deputy Branch Director |
| (202) 454-2809 | |
| (202) 330-5610 fax | */s/ Timothy A. Johnson* |
| Brad@MarkZaid.com | TIMOTHY A. JOHNSON |
| Mark@MarkZaid.com | D.C. Bar No. 986295 |
| | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 514-1359/ Fax:  (202) 616-8470 |
| | |
| | *Counsel for Defendants* |