IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:16-cv-514 (TJK) |

## **JOINT STATUS REPORT**

The Parties hereby submit a joint status report for the Court's consideration pursuant to the Court's Minute Order of October 30, 2017.  Plaintiffs submitted requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records relating to the investigation and prosecution of General David Petraeus for the unauthorized disclosure of classified information. Plaintiffs submitted these FOIA requests to five agencies and agency components in this case: the Office of the Secretary of Defense ("OSD"), the United States Army, the Executive Office for U.S. Attorneys ("EOUSA"), the Central Intelligence Agency ("CIA"), and the Federal Bureau of Investigation ("FBI").

As discussed in previous status reports, all five agencies and agency components have now completed their responses to Plaintiffs' FOIA requests.  Defendants moved for summary judgment regarding the responses of the OSD, Army, and EOUSA to Plaintiffs' FOIA requests on March 28, 2017, ECF No. 21, and that motion is currently pending before the Court.

Defendants anticipate moving for summary judgment with regard to the responses of the CIA and FBI as well.  Before this briefing begins, however, the Parties have been negotiating in an attempt to narrow the issues in dispute.  These negotiations will take a significant amount of time to complete given the large volume of material the FBI has processed in response to Plaintiffs' FOIA request and the quantity of information that the FBI has withheld under various FOIA exemptions.  Negotiations also have been delayed by the press of counsels' business in other cases.  The Parties, however, are optimistic that they can make progress in these negotiations soon.

The Parties agree that the Parties' and the Court's time would be most effectively used if negotiations are allowed to continue.  Thus, the Parties have agreed that they should file another joint status report by April 27, 2018, informing the Court of the status of the Parties' discussions and, if appropriate, setting a proposed briefing schedule.

Dated: January 26, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Bradley P. Moss*<br>Bradley P. Moss, Esq.<br>D.C. Bar #975905<br>Mark S. Zaid, Esq.<br>D.C. Bar #440532<br>Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W., Ste. 200<br>Washington, D.C. 20036<br>(202) 454-2809<br>(202) 330-5610 fax<br>Brad@MarkZaid.com<br>Mark@MarkZaid.com<br><br>*Counsel for Plaintiffs* | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>JESSIE K. LIU<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/ Timothy A. Johnson*<br>TIMOTHY A. JOHNSON<br>D.C. Bar No. 986295<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue NW<br>Washington, D.C. 20530<br>Tel: (202) 514-1359<br>Fax:  (202) 616-8470<br>timothy.johnson4@usdoj.gov<br><br>*Counsel for Defendants* |