IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 1:16-cv-514 (TJK) |
| DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT AND JOINT REQUEST FOR FURTHER PROCEEDINGS**

Defendants hereby notify the Court of the partial withdrawal of their Motion for Summary Judgment, filed October 18, 2019, as to the adequacy of the search performed by the Central Intelligence Agency (CIA) in response to Plaintiffs' Freedom of Information Act (FOIA) request.

Defendants previously moved for partial summary judgment as to the other agencies and components in the case—the Department of Defense, the United States Army, the Executive Office for United States Attorneys, and the Federal Bureau of Investigation—and Plaintiffs have conceded that partial summary judgment should be entered in Defendants' favor as to those entities.  Plaintiffs also concede that summary judgment is appropriate with regard to the CIA's withholdings described in the October 18, 2019 declaration of Antoinette B. Shiner and the accompanying *Vaughn* index.  *See* ECF No. 50 at 1.  Plaintiffs, however, continue to question

the adequacy of the CIA's search and oppose Defendants' October 18, 2019 Motion for Summary Judgment on that basis.  *See id.* at 4-6.

In order to attempt to resolve the parties' remaining dispute, the CIA will conduct additional searches for any potentially responsive records.  Defendants therefore partially withdraw their motion for summary judgment as to the adequacy of the CIA's search.  The parties have conferred and agreed that the CIA will complete its additional search effort and complete processing of any responsive materials identified through that effort on or before March 31, 2020.  The parties jointly propose that the Court require the parties to submit a joint status report on or before April 14, 2020 to advise the Court whether further proceedings are necessary in this case.

Dated: December 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
D.C. Bar No. 988057
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0878
Fax:  (202) 616-8470

*Counsel for Defendants*