UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE *et al.*,<br><br>*Defendants*. | Civil Action No. 16-514 (TJK) |

### ORDER

After consideration of Defendants' Motion for Summary Judgment, ECF No. 61, the attachments to the Motion, ECF Nos. 61-1 to 61-4, Plaintiffs' Notice of Concession, ECF No. 62, the relevant law, and the entire record, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. It is further **ORDERED** that Judgment is hereby **ENTERED** for Defendants on all counts. This is a final, appealable Order. The Clerk of the Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: April 30, 2021